**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In Re: Debtor(s) **Tracy Bradley** | Case No.: **24−51001−TJ23** Chapter: **13** |

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

The above referenced case was filed on January 29, 2024. An Order Regarding Unpaid Filing Fees was issued on January 30, 2024 and the debtor has failed to comply with the terms of that Order. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

The Clerk is directed to serve a copy of this Order on the Debtor(s), Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on February 16, 2024.

*Wendy L. Hagenau*

TJ23
United States Bankruptcy Judge

Form 523